# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1129**
**CA 14-02155**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND VALENTINO, JJ.

---

CARLA L. MURA, NOW KNOWN AS CARLA L. PICCARRETO,
PLAINTIFF-RESPONDENT.

V                                              MEMORANDUM AND ORDER

DAVID JAMES MURA, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

FRANK A. ALOI, ROCHESTER, FOR DEFENDANT-APPELLANT.

MAUREEN A. PINEAU, ROCHESTER, FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered May 30, 2014 in a divorce action. The order denied defendant's motion seeking, inter alia, leave to renew his opposition to plaintiff's application for child support arrears.

        It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

        Same memorandum as in *Mura v Mura* ([appeal No. 1] ___ AD3d ___ [Nov. 20, 2015]).

Entered:  November 20, 2015                    Frances E. Cafarell
                                               Clerk of the Court